■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS HARRISON, Appellant. [839 NYS2d 698]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered February 22, 2005, convicting him of criminal possession of a weapon in the third degree, unlawful possession of ammunition, and endangering the welfare of a child (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was deprived of the effective assistance of counsel is without merit (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]; *People v Washington*, 19 AD3d 1180, 1180-1181 [2005]; *People v Allen*, 285 AD2d 470, 471 [2001]; *People v Plaza*, 133 AD2d 857, 858

[1987]; *cf. People v Baba-Ali*, 179 AD2d 725, 729 [1992]). Miller, J.P., Goldstein, Fisher and Covello, JJ., concur.